# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. _____

IRINA LASSEN ON BEHALF OF HERSELF
AND SIMILARLY SITUATED EMPLOYEES,

    Plaintiff,

v.

MOTOR-SERVICES HUGO STAMP, INC.
AND ARE FRIESECKE,

    Defendants.
_____/

## DEFENDANT MOTOR-SERVICES HUGO STAMP, INC.'S NOTICE OF REMOVAL

Defendant, Motor-Services Hugo Stamp, Inc., pursuant to 28 U.S.C. §§ 1441 and 1446, hereby files this Notice of Removal of the above captioned case from the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, in which it is now pending, to the United States District Court for the Southern District of Florida and, as grounds, states as follows:

### Statement of Grounds for Removal

1. Plaintiff, Irina Lassen, commenced this action by filing a Complaint against Defendants, Motor-Services Hugo Stamp, Inc. and Are Friesecke, in the Circuit Court for the Seventeenth Judicial Circuit in and for Broward County, Florida, Case No. CACE-17-006736, on or about April 20, 2017. In accordance with 28 U.S.C. § 1446(a), attached hereto as Exhibit "A" are copies of all process and pleadings served upon Defendant, Motor-Services Hugo Stamp, Inc. in this action.

2. Defendant, Motor-Services Hugo Stamp, Inc., was served with a Corrected Civil Action Summons and Complaint in this action on May 4, 2017. This Notice of Removal is being filed within thirty (30) days after Defendant, Motor-Services Hugo Stamp, Inc., was served with the Corrected Civil Action Summons and Complaint and is, therefore, timely filed pursuant to 28 U.S.C. § 1446 (b).

3. The Court has original jurisdiction over this claim pursuant to 28 U.S.C. § 1331 which states "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." This case arises under the Fair Labor Standards Act, 29 U.S.C. §§ 201–219. As such, Defendant, Motor-Services Hugo Stamp, Inc., may properly remove this action to this Court pursuant to 28 U.S.C. § 1441(a).

4. Written notice of the filing of this Notice of Removal has been served upon Plaintiff, the adverse party, on the date set forth in the Certificate of Service below.

5. A copy of this Notice of Removal has been filed with the Clerk of the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, pursuant to 28 U.S.C. § 1446(d). A copy of Defendant, Motor-Services Hugo Stamp, Inc.'s, Notice of Filing this Notice of Removal in the state court is attached hereto as Exhibit "B."

6. This Notice has been signed by counsel for Defendant, Motor-Services Hugo Stamp, Inc., pursuant to Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, Defendant, Motor-Services Hugo Stamp, Inc., respectfully requests that this case be removed from the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida to the United States District Court for the Southern District of Florida and that this Court assume jurisdiction over this civil action pursuant to 28 U.S.C. § 1441.

Dated: May 26, 2017	Respectfully submitted,

        By: s/Scott A. Bassman
        Scott A. Bassman, Esq. (Florida Bar Number: 232180)
        Attorney E-mail address: scott.bassman@csklegal.com
        **COLE, SCOTT & KISSANE, P.A.**
        110 Tower
        110 S.E. 6th Street, Suite 2700
        Ft. Lauderdale, Florida 33301
        Telephone: (954) 703-3703
        Facsimile: (954) 703-3701
        Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed this 26th day of May, 2017 with the Clerk of Court using CM/ECF which will send electronic copies of same to all counsel of record.

        s/Scott A. Bassman

SAB